IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORNELIA SPENCE, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:25-cv-00050-TES |
| | * |
| GEORGIA DIAGNOSTIC and CLASSIFICATION PRISON, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 24th day of April, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk